**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.: (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for *Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ONG KIAN YEAP,<br>    a/k/a KEVIN YEAP,<br><br>    Defendant. | SAN FRANCISCO VENUE<br><br>No. CR 14-0210 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |

Defendant Ong Kian Yeap, through his attorney, Robert Byers, and the United States, through its attorney, Assistant United States Attorney Kyle F. Waldinger, hereby stipulate and request that the Court continue the sentencing hearing in this case from April 6, 2015 at 2:30 p.m., to May 18, 2015, at 2:30 p.m. United States Probation Officer Trevor Lilian was informed of this stipulation and he has no objection.

The reason for this request is that defense counsel was ill with pneumonia and needs additional time to prepare for sentencing. The Speedy Trial Act does not apply to sentencing proceedings.

//
//
//
//

**IT IS SO STIPULATED.**

DATED: March 30, 2015                            /s/
                                                 ROBERT D. BYERS
                                                 Counsel for Ong Kian Yeap

DATED: March 30, 2015                            /s/
                                                 Kyle F. Waldinger
                                                 Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: March 31, 2015                            _____
                                                 THELTON E. HENDERSON
                                                 United States District Judge