UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>ONG KIAN YEAP,<br>    Defendant. | Case No. 14-cr-00210-TEH<br><br>**ORDER CONTINUING SENTENCING** |

Defendant is set to be sentenced by the Court on May 18, 2015. However, the Court has not received Defendant's Sentencing Memorandum. While sentencing memoranda are optional, defense counsel has indicated to the Court's clerk that he intends to file one in this case. The Court understands that defense counsel has been sick, which resulted in an earlier continuance of this sentencing hearing. (Docket No. 27). Because the Plea Agreement in this case did not establish a criminal history category, Defendant has the opportunity to request a variance, and defense counsel has noted his intent to file a memorandum, the Court finds good cause to continue Defendant's sentencing hearing until **June 1, 2015**.

**IT IS SO ORDERED.**

Dated: 05/14/15

_____
THELTON E. HENDERSON
United States District Judge